```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8/3/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JACOB CARGILL,

Defendant.

No. 17-cr-142 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of the attached letter from Defendant Jacob Cargill, which it construes as a motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A), seeking compassionate release in light of COVID-19. To the extent that Mr. Cargill is relying on specific health conditions, and would like the Court to consider any medical records to that effect, he shall submit such records and further information to the Court.

The Clerk of Court is directed to mail a copy of this Order to Mr. Cargill.

SO ORDERED.

Dated:   August 3, 2020
         New York, New York

_____
Ronnie Abrams
United States District Judge

7/6/2020

Dear, Honorable Judge Ronnie Abrams

How you doing? I pray all is well with you and your love ones by the time this letter reaches you. The reason I'm writing you is because I'm requesting to be placed on home confinement. According to the new laws under the Step Act I meet the requirements for home confinement. The charges I was sentenced to was non-violent, I already completed 50% of my time. I currently have 39 months jail time, add my good time I have 50 months. My sentence was 60 months. Due to the Covid-19 pandemic I cannot be transferred to my facility and take RSAP or any programs that would help me get home faster to my family. Right now, my mom and sister, the rest of my love ones are stressed and depressed, the meds are bad. Want me home, especially my kids. On May 1st I tried to commit suicide because I was so stressed out and felt hopeless and couldn't take it anymore. Thank God I'm still alive because my family would of been devastated. On that very same day I was physically and sexually assaulted by the C.O.'s. I do not feel safe in MDC Brooklyn at all. Also, staff are

(3)

inmates have tested positive for Covid-19. One of the C.O.'s told me he had it and he walks around the facility with no mask on. I was born with severe asthma, chances are if I catch this virus I may not survive. I use a asthma machine when I'm home, right now all I have is my asthma pump. Also, I have high blood pressure, P.T.S.D, insomnia, depression, claustrophobia, nightmares among other things. Ever since the blackout experience things have been occurring. I had my lawyer also stress the fact about my mental illness problems at my sentencing hearing. I should of qualified for a downware departure due to my mental health issues and being in MDC during the power outage in January 2019. According to the Step Act, if any extreme/exceptional circumstances (which is the Covid-19 pandemic) inmates who have non-violent crimes and already did 50% of their time qualify for home confinement. It's been passed 30 days since the warden denied my home confinement, I'm respectfully asking you to read everything I wrote inside this letter before making your decision. If you was to release me back into society I would not disappoint you. My Aunt, Krystal Cargill (786 589 6012) already agreed and said it's okay for me to stay at her house. She lives in New Jersey, please get back to me as soon as possible, thank you for your time.

Sincerely,
Z Cargill

P.S. If you need a copy of my medical records you can contact my lawyer Louis Fasulo 2126608808

Jacob Wright 76017554
MDC Brooklyn
Metropolitan Detention Center
P.O. Box 329002
Brooklyn NY 11232

NEW YORK NY 100
06 JUL 2020 PM 6 L

United States District Court
Southern District of New York
Chambers of
Ronnie ABRAMS
United States Courthouse
40 Foley Square
New York, NY 10007

Legal Mail

i0007@1502

SM
SDNY