UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9-14-20

UNITED STATES OF AMERICA,

v.

17-CV-142 (RA)

JACOB CARGILL,

ORDER

Defendant.

RONNIE ABRAMS, United States District Judge:

On August 3, 2020, this Court ordered Defendant to submit records and information concerning any specific health conditions he may suffer. Defendant has not done so. If Defendant intends to submit any such information, he shall do so no later than October 2, 2020. The Government's response to Defendant's motion for compassionate release shall be submitted no later than October 9, 2020.

The Clerk of Court is directed to mail a copy of this Order to Mr. Cargill.

SO ORDERED.

Dated:   September 14, 2020
         New York, New York

RONNIE ABRAMS
United States District Judge