UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9-16-20

UNITED STATES OF AMERICA,

v.

JACOB CARGILL,

        Defendant.

17-Cr-142 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court has received Mr. Cargill's supporting documents concerning his specific health conditions. The Government's response to Defendant's motion for compassionate release remains due no later than October 9, 2020.

The Clerk of Court is directed to mail a copy of this Order to Mr. Cargill.

SO ORDERED.

Dated:   September 16, 2020
           New York, New York

                                      RONNIE ABRAMS
                                      United States District Judge