UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9-18-20
```

UNITED STATES OF AMERICA,

v.

JACOB CARGILL,

             Defendant.

17-Cr-142 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court has received two letters from Mr. Cargill seeking compassionate release as well as several supporting documents. The letters and supporting documents will be forwarded to the Government, as well as Mr. Cargill's prior attorney, Louis Freeman, who is authorized to assist him with this application. Mr. Freeman shall redact Mr. Cargill's letter motions and supporting documents as appropriate under Judge Abrams' Individual Rule 5(A) and Local Electronic Case Filing Rules 21.2, 21.3, and 21.4, and upload then onto the docket.

The Clerk of Court is directed to mail a copy of this Order to Mr. Cargill.

SO ORDERED.

Dated:    September 18, 2020
           New York, New York

                                            RONNIE ABRAMS
                                            United States District Judge