UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JACOB CARGILL,

           Defendant.

**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:**

17-CR-142 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court has received an additional from Mr. Cargill, dated September 20, 2020, seeking compassionate release as well as several supporting documents. The letters and supporting documents will be forwarded to the Government, as well as Mr. Cargill's prior attorney, Louis Freeman, who is authorized to assist him with this application. Mr. Freeman shall redact Mr. Cargill's letter and supporting documents as appropriate under Judge Abrams' Individual Rule 5(A) and Local Electronic Case Filing Rules 21.2, 21.3, and 21.4, and upload it onto the docket.

The Clerk of Court is directed to mail a copy of this Order to Mr. Cargill.

SO ORDERED.

Dated:    October 27, 2020
           New York, New York

                                          RONNIE ABRAMS
                                          United States District Judge